BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
TARA MALEK, IDAHO STATE BAR NO. 8709
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-9375

U.S. COURTS

NOV 15 2017

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WOODWARD,<br><br>Defendant. | Case No. CR-17-312-S-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 641, 981(a)(1)(C)<br>28 U.S.C. § 2461 |

The Grand Jury charges:

### COUNT ONE

**Theft of Government Property**
**18 U.S.C. § 641**

On or about March 18, 2016, in the District of Idaho, the defendant, JOHN WOODWARD, did knowingly and intentionally steal and convert to his own use and the use of another, property belonging to the United States of a value in excess of $1000.00, to wit: a Samsung flat-screen television, a DeWalt 18-volt kit impact wrench, a DeWalt 1/2 inch cordless

INDICTMENT - 1

hammer drill, and a DeWalt 3/8 inch cordless drill, with the intent to deprive the owner of the use and benefit of the property, in violation of Title 18, United States Code, Section 641.

## CRIMINAL FORFEITURE ALLEGATION
### 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461

As a result of the violations of Title 18, United States code, Section 641, Defendant, JOHN WOODWARD, shall forfeit to the United States all property and property interests described below:

1. <u>Seized Personal Property:</u> a Samsung flat-screen television, DeWalt 18-volt kit impact wrench, DeWalt 1/2 inch cordless hammer drill, and a DeWalt 3/8 inch cordless drill.

2. <u>Unrecovered Cash Proceeds.</u> The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

3. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853 and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 2**

Dated this 14th day of November, 2017.

                A TRUE BILL

                /s/ [signature on reverse]
                _____
                FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
TARA MALEK
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**